Mr. Blane Neely, GE-0655
P.O. Box 244
Graterford, PA  19426

March 8, 2007

Peter T. Dalleo, Clerk of Court
U.S. District Court for the Distract of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

07-141

RE: Neely v. DiGulielmo, et al. 07-CV-103

Dear Clerk:

I Blane Neely, Pro-se, Petitioner, being of sound mind and intellect knowingly; waive my rights to proceed further on the above-captioned Civil Action under Title 28 U.S.C. §2254.

Accordantly, Petitioner respectfully request the Clerk of the U.S. District Court for the District of Delaware moot and discontinue the above-said Civil Action which has been transferred to this district.

Advise Michael E. Kunz, Clerk of the U.S. District Court for the Eastern District of Pennsylvania of same.

Respectfully, submitted,

Blane Neely

Blane Neely, GE-0655
SCI-Graterford
P.O. Box 244
Graterford, PA 19426

CC: Michael E. Kunz, Clerk of Court
    U.S. District Court for the
    Eastern District of Pennsylvania



FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

March 7, 2007

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Peter T. Dalleo, Clerk of Court
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE: Neely v. DiGuglielmo, et al
07-CV-103

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above-captioned case which has been transferred to your District pursuant to the order filed in this Court on 1/31/07.

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Fernando Benitez, Jr., Deputy Clerk

cc: Blane Neely, GE-0655
U.S. District Court for the District of Delaware
Judge Petrese B. Tucker

Received above material or record file this ___ day of ___, 20___.

Signature: _____

Date: _____

civ625.frm

Mr. Blane Neely, GE-0655
Box 244
Graterford, PA 19426

INMATE MAIL
PA-DEPARTMENT OF CORRECTIONS

Peter T. Dalleo, Clerk of Court
U.S. District Court For
The District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

19801$3619 C012

02 1A
0004394806
$ 00.390
MAR 09 2007
MAILED FROM ZIPCODE 19426
PITNEY BOWES
UNITED STATES POSTAGE

U.S.M.S.
X-RAY