IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLANE NEELY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 07-141-SLR |
| ) | |
| DAVID DIGUGLIELMO, ) | |
| Warden, and ATTORNEY GENERAL ) | |
| OF THE STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

At Wilmington this ___ day of March, 2007;

IT IS ORDERED that:

Petitioner Blane Neely's letter motion to voluntarily dismiss his § 2254 application is GRANTED. (D.I. 5); See Fed. R. Civ. P. 41(a)(2). Petitioner is presently incarcerated in the State of Pennsylvania and he originally filed the instant application in the United States District Court for the Eastern District of Pennsylvania. The District Court for the Eastern District of Pennsylvania transferred the application to this court because the application asserts that the State of Delaware violated the Interstate Agreement on Detainers by failing to obtain custody of petitioner and bring him to trial in Delaware. (D.I. 3, attachment No. 5) In a letter motion dated March 8, 2007, petitioner asks the court to discontinue the instant habeas proceeding. Accordingly, the court directs the clerk to close the case.

_____
UNITED STATES DISTRICT JUDGE