

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

REFUSED: THIS IS A PRISON
INMATE COMMITMENT NAME AND
NUMBER DO NOT MATCH

FILED

APR - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

Blane Neely
GE-0655
SCI Graterford
Box 244
Graterford, PA  19426



## Utility Events

1:07-cv-00141-*** Neely v. DiGuglielmo et al
HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 3/28/2007 at 9:54 AM EDT and filed on 3/28/2007

**Case Name:**       Neely v. DiGuglielmo et al
**Case Number:**    1:07-cv-141
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:07-cv-141 Notice has been electronically mailed to:**

**1:07-cv-141 Notice has been delivered by other means to:**

Blane Neely
GE-0655
S.C.I. Graterford
Box 244
Graterford, PA 19426

